UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DONALD WRIGHT, | ) | CASE NO. C09-0161-JCC-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DENYING REQUEST FOR |
| | ) | APPOINTMENT OF COUNSEL |
| MAGGIE MILLER-STOUT, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Having considered petitioner's motion for appointment of counsel (Dkt. 9), the Court hereby ORDERS:

(1) Petitioner's motion for appointment of counsel is DENIED. There is no right to have counsel appointed in cases brought under 28 U.S.C. § 2254 unless an evidentiary hearing is required. *See Terravona v. Kincheloe*, 852 F.2d 424, 429 (9th Cir. 1988); *Brown v. Vasquez*, 952 F.2d 1164, 1168 (9th Cir. 1992); and Rule 8(c) of the Rules Governing Section 2254 Cases in the United States District Courts. The Court may exercise its discretion to appoint counsel for a financially eligible individual where the "interests of justice so require." 18 U.S.C. § 3006A. Here, petitioner fails to demonstrate that the interests of justice are best

01 | served by appointment of counsel at the present time.

02 | (2) The Clerk is directed to send a copy of this Order to the parties and to the

03 | Honorable John C. Coughenour.

04 | DATED this 9th day of April, 2009.

05 | s/ Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING REQUEST FOR
APPOINTMENT OF COUNSEL
PAGE -2