UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DONALD WRIGHT, | ) | CASE NO. C09-0161-JCC-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER RE: MOTION FOR |
| | ) | RECONSIDERATION AND LETTER |
| MAGGIE MILLER-STOUT, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Having considered petitioner's motion for reconsideration (Dkt. 16) and letter (Dkt. 20), the Court hereby ORDERS:

(1) Petitioner asks that the Court reconsider its Order granting respondent an extension of time to file an answer. (See Dkt. 15.) However, respondent reasonably requested a month-long extension to file the answer given that counsel had not then received the complete state court files and due to counsel's heave work load. Petitioner's arguments in support of his request for reconsideration are baseless. Petitioner's motion for reconsideration (Dkt. 16) is, therefore, DENIED.

(2) Petitioner submitted a letter seeking clarification of the proper noting date for

ORDER RE: MOTION FOR
RECONSIDERATION AND LETTER
PAGE -1

respondent's answer.   Petitioner correctly notes that respondent failed to note the answer for the fourth Friday after filing, in accordance with Local Civil Rule 7(d)(3) and Federal Rule of Civil Procedure 6(a)(1).   However, this failure is now moot given that petitioner timely submitted his response to the answer.   The Court will, therefore, consider the answer according to the current noting date.   The Court also clarifies, in response to an additional question in petitioner's letter, that under the "prison mailbox rule," pleadings filed by prisoners are considered filed the day that the pleading in question is deposited in the prison mail system. See Houston v. Lack, 487 U.S. 266, 270-71 (1988) (notice of appeal deemed filed on the day that it was signed and delivered to prison authorities for mailing to the court).

     (3)    The Clerk is directed to send a copy of this Order to the parties and to the Honorable John C. Coughenour.

DATED this <u>3rd</u> day of June, 2009.

<u>s/ Mary Alice Theiler</u>
United States Magistrate Judge